**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TEAM ENTERPRISES, LLC, | No. 10-16486 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-00872-LJO-SMS Eastern District of California, Fresno |
| v. | |
| WESTERN INVESTMENT REAL ESTATE TRUST, AKA Western Properties Trust, | ORDER |
| Defendant, | |
| and | |
| MULTIMATIC CORPORATION, now known as Kirrberg Corporation and MULTIMATIC LLC, | |
| Defendants - Appellees. | |

Before: O'SCANNLAIN and GOULD, Circuit Judges, and ST. EVE, District Judge.*

The memorandum disposition filed in this case on July 26, 2011 is amended as follows:

---

\* The Honorable Amy J. St. Eve, District Judge for the U.S. District Court for Northern Illinois, Chicago, sitting by designation.

On page 4, lines 4-5, replace "Multimatic asks us to reverse the district court's decision denying Multimatic's motion" with "Team asks us to reverse the district court's decision denying Team's motion."

The panel has voted to deny the petition for rehearing with suggestion for rehearing en banc. The panel has voted unanimously to deny the petition for rehearing. Judges O'Scannlain and Gould have voted to deny the suggestion for rehearing en banc, and Judge St. Eve has so recommended. The full court has been advised of the suggestion for rehearing en banc, and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing and the suggestion for rehearing en banc are DENIED. No further petitions for rehearing will be entertained.